IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRAIG K. TALIAFERRO,<br><br>　　　　Defendant. | Case No. 3:20-CV-00640-BEN-BLM<br><br>**ORDER GRANTING ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT**<br><br>**[Doc. 4]** |

This matter is before the Court on the United States' Motion for Extension of Time to Serve Summons and Complaint. Having considered the Motion and the record contained herein, and good cause being shown, the Motion is hereby **GRANTED in part**. The United States shall have until August 14, 2020 to serve the summons and complaint.

　　**IT IS SO ORDERED.**

Date: July 2, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge