IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRAIG K. TALIAFERRO,<br><br>Defendant. | Case No. 3:20-CV-00640-BEN-BLM<br><br>**SECOND ORDER GRANTING ADDITIONAL TIME TO SERVE SUMMONS AND COMPLAINT**<br><br>**[Doc. 7]** |

This matter is before the Court on the United States' Second Motion for Extension of Time to Serve Summons and Complaint. In support, the United States indicates it has hired a process server and that the process server was denied entry at the residence purportedly belonging to Defendant Craig K. Taliaferro. Having considered the Motion and the record contained herein, and good cause being shown, the Motion is hereby **GRANTED**. The United States shall have until September 28, 2020 to serve the summons and complaint.

**IT IS SO ORDERED.**

Date: August 14, 2020

_____
HON. ROGER T. BENITEZ
United States District Judge

1