

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The United States of America | Civil Action No. 20-cv-00640-BEN-BLM |
| **Plaintiff,** | |
| V. | |
| Craig K. Taliaferro | **DEFAULT JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiffs Motion for Default Judgment is GRANTED. Plaintiff is awarded $119,246.11, as of April 5, 2020, plus statutory interest and other additions as provided by law, under 26 U.S.C. §§ 6621 and 6622 and 28 U.S.C.§ 1961(c)(l), minus any payments or credits applied after April 5, 2020, until paid in full.

Date:       3/24/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ M. Exler

M. Exler, Deputy